**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 612 MAL 2017

       Respondent       :

           :    Petition for Allowance of Appeal from

           :    the Order of the Superior Court

       v.            :

WILLIAM CHARLES WUNNER,        :

       Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.